IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| Beverly Richards, | : |
| Plaintiff, | : Civil Action No.: 5:12-cv-05231-JLH |
| v. | : |
| Faber and Brand L.L.C.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 7, 2012

                                                          Respectfully submitted,

                                                          By   */s/ Sergei Lemberg*

                                                          Sergei Lemberg, Esq.
                                                          LEMBERG & ASSOCIATES L.L.C.
                                                          1100 Summer Street, 3rd Floor
                                                          Stamford, CT 06905
                                                          Telephone: (203) 653-2250
                                                          Facsimile:  (203) 653-3424
                                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By  */s/ Sergei Lemberg*
            Sergei Lemberg, Esq.